UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>         Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>         Defendants. | Case No. ED CV 14-576-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, records on file, and the September 27, 2016 Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

     IT IS THEREFORE ORDERED that CIM-Chino Defendants' Motion to Dismiss (docket no. 110) and County Defendants' Motion for Judgment on the Pleadings (docket no. 122) are granted, and Judgment will be entered dismissing the Third Amended Complaint and this action without leave to amend.

DATED:  November 9, 2016

                                                  HONORABLE VIRGINIA A. PHILLIPS
                                                CHIEF UNITED STATES DISTRICT JUDGE