JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>        Defendants. | Case No. ED CV 14-576-VAP (SP)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Third Amended Complaint and this action are dismissed without leave to amend.

Dated: November 9, 2016

                              */s/ Virginia A. Phillips*
                          HONORABLE VIRGINIA A. PHILLIPS
                          CHIEF UNITED STATES DISTRICT JUDGE